**Fill in this information to identify the case:**

Debtor name  Myrtle Housing USA LLC

United States Bankruptcy Court for the:  Eastern   District of  NY
(State)

Case number (If known):  25-45102

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Halberstam Assets LLC 199 LEE AVE, #492, BROOKLYN, NY 11211 | | | | | | |
| 2 | Con Edison 4 Irving Place, NY, NY 10003 | | | | | | |
| 3 | National Grid P.O. Box 371416 Pittsburgh, PA 15250 | | | | | | |
| 4 | Universal Elevator Inc 4 53rd Street Brooklyn, NY 11232 | | | | | | |
| 5 | AFCO Direct Inc 150 North Field Drive, Suite 190 Lake Forest, IL 60045 | | | | | | |
| 6 | MARIE TERRACE LLC 130 Lee Ave. #230 Brooklyn, NY 11211 | | | | | | |
| 7 | NEW YORK CITY DEPARTMENT OF FINANCE 100 Church Street New York, New York 10007 | | | | | | |
| 8 | | | | | | | |

Official Form 204       **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**       page 1

Debtor  Myrtle Housing USA LLC
Name

Case number (*if known*) 25-45102

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |